IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02218-PAB-MEH

DAVID KATT, on behalf of himself and all others similarly situated,

Plaintiff,

v.

KC MEDICAL, P.C.,

Defendant.

---

**STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)**

---

The parties, by and through their respective attorneys, Ari Marcus on behalf of Plaintiff David Katt; and Alice Powers on behalf of KC Medical, P.C., hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to a dismissal with prejudice, with each party to bear its own costs and attorneys' fees. By the filing of this Stipulation the above-captioned civil action is deemed resolved and the case shall be closed.

Respectfully submitted this 26th day of January 2021.

                                                */s/ Ari Hillel Marcus*
                                                Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
Telephone: 732-695-3282
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF
DAVID KATT


*/s/ Alice Conway Powers*
Alice Conway Powers, Esq.
Lewis Brisbois Bisgaard & Smith LLP
1700 Lincoln Street
Suite 4000
Denver, CO 80203
Telephone: (303) 861-7760
alice.powers@lewisbrisbois.com
ATTORNEYS FOR DEFENDANT
KC MEDICAL, P.C.

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of January 2021, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Alice Powers
alice.powers@lewisbrisbois.com

              /s/ *Ari Hillel Marcus*